HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
MARC DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARC DAVIS,<br><br>Defendants. | No. 1:21-cr-00206-DAD-BAM<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE; AND ORDER**<br><br>Date: June 8, 2022<br>Time: 1:00 p.m.<br>Court: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Kimberly A. Sanchez, counsel for the government, and Assistant Federal Defender, Jaya C. Gupta, counsel for defendant Marc Davis, that the briefing schedule set in this case be continued as set forth below.

Defense counsel asked to continue the briefing schedule for pretrial motions on January 27, 2022 (ECF Nos. 31-32), and upon the parties' stipulation, the Court set the following briefing schedule (ECF No. 32):

- Defense motion to be filed on or before March 2, 2022
- Government opposition to be filed on or before March 30, 2022;
- Any defense reply to be filed on or before April 13, 2022;

1  • Motion hearing to be set on April 27, 2022, at 1:00 a.m. before the Honorable
2  Barbara A. McAuliffe, United States Magistrate Judge.

3  Defense counsel is currently conducting further investigation, relevant to the pretrial
4  motions and also requires additional time due to trial in another matter. In light of this, the
5  parties ask that the current dates be re-set as follows:

6  • Defense motion to be filed on or before April 13, 2022;
7  • Government opposition to be filed on or before May 11, 2022;
8  • Any defense reply to be filed on or before May 25, 2022;
9  • Motion hearing to be set on June 8, 2022, at 1:00 p.m. before the Honorable Barbara
10  A. McAuliffe, United States Magistrate Judge.

11  The time period from December 21, 2021 until April 27, 2022 was previously excluded.
12  ECF No. 32. The parties agree that the time period from January 26, 2022 until disposition of the
13  motion on June 8, 2022, shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay
14  results from the filing of a pretrial motion, through the conclusion of any hearing on the motion,
15  and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

16  Dated:  February 25, 2022                HEATHER E. WILLIAMS
                                             Federal Defender
17
                                             */s/ Jaya C. Gupta*
18                                           JAYA C. GUPTA
                                             Attorneys for Defendant
19                                           MARC DAVIS

20

21  Dated: February 25, 2022                 PHILLIP A. TALBERT
                                             United States Attorney
22
                                             */s/ Kimberly A. Sanchez*
23                                           KIMBERLY A. SANCHEZ
                                             Assistant United States Attorney
24

25

26

27

28

**ORDER**

**IT IS ORDERED THAT** the briefing schedule on the defense motion is hereby re-set in accordance with the above. The defense motion is to be filed on or before April 13, 2022. The government opposition is to be filed on or before May 11, 2022. Any defense reply is to be filed on or before May 25, 2022. A hearing on the motion is hereby set for **June 8, 2022, at 1:00 p.m. before the Honorable Barbara A. McAuliffe**, United States Magistrate Judge.

Time shall be excluded until June 8, 2022, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion.

IT IS SO ORDERED.

Dated: __March 1, 2022__              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE