HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
MARC DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARC DAVIS, <br><br> Defendants. | No. 1:21-cr-00206-DAD-BAM <br><br> **STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE; AND ORDER** <br><br> Date: June 8, 2022 <br> Time: 1:00 p.m. <br> Court: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant Federal Defender, Jaya C. Gupta, counsel for defendant Marc Davis, and Assistant United States Attorney Kimberly A. Sanchez, counsel for the government, that the briefing schedule set in this case be continued as set forth below.

Defense counsel has asked to continue the briefing schedule for pretrial motions, and upon the parties' last stipulation, the Court set the following briefing schedule (ECF No. 34):

- Defense motion to be filed on or before April 13, 2022;
- Government opposition to be filed on or before May 11, 2022;
- Any defense reply to be filed on or before May 25, 2022;
- Motion hearing to be set on June 8, 2022, at 1:00 p.m. before the Honorable Barbara

A. McAuliffe, United States Magistrate Judge

Defense counsel is currently conducting further investigation relevant to the pretrial motions, and the parties are discussing a possible resolution of the case. To afford time to complete these tasks and to avoid any unnecessary motion practice if a resolution is reached, the parties ask that the current dates be re-set as follows below. Further, and in the event that a resolution is not reached, because one of the motions that the defense plans to file would be dispositive if granted, the defense requests that both motions be heard by the District Judge, and has set the following dates based on Judge Drozd's calendar:

- Defense motions to be filed on or before May 16, 2022;
- Government oppositions to be filed on or before June 13, 2022;
- Any defense reply to be filed on or before June 27, 2022;
- Motion hearing to be set on July 11, 2022, at 10:00 a.m. before the Honorable Dale A. Drozd, United States District Judge.

Time was previously excluded until June 8, 2022. ECF No. 34. The parties agree that the time period until disposition of the motions on July 11, 2022, shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of pretrial motions, through the conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

Dated:  April 12, 2022                          HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Jaya C. Gupta*
                                                JAYA C. GUPTA
                                                Attorneys for Defendant
                                                MARC DAVIS

Dated: April 12, 2022                           PHILLIP A. TALBERT
                                                United States Attorney

                                                */s/ Kimberly A. Sanchez*
                                                KIMBERLY A. SANCHEZ
                                                Assistant United States Attorney

## **ORDER**

**IT IS ORDERED THAT** the briefing schedule on the defense motions is hereby re-set in accordance with the above. The defense motions are to be filed on or before May 16, 2022. The government oppositions are to be filed on or before June 13, 2022. Any defense replies are to be filed on or before June 27, 2022. Hearing on the motions is hereby set for **July 11, 2022, at 10:00 a.m. before the Honorable Dale A. Drozd, United States District Judge**.

Time shall be excluded until July 11, 2022, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of pretrial motions.

IT IS SO ORDERED.

Dated: __**April 13, 2022**__    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE