HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MARC DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MARC DAVIS,<br><br>            Defendant. | Case No. 1:21-cr-00206-DAD-BAM<br><br>**APPLICATION FOR LEAVE OF COURT TO FILE MOTION TO SUPPRESS IN EXCESS OF THE 25 PAGE LIMIT; ORDER**<br><br>JUDGE: Hon. Dale A. Drozd |

Defendant Marc Davis, by and through his counsel of record, respectfully asks this Court for leave to file his Motion to Suppress Out-of-Court and In-Court Eyewitness Identifications which exceeds this Court's 25-page limit by six pages.

Mr. Davis has made every effort to comply with this Court's standard procedure. Due to the legal and factual complexity of this case, and the number of issues raised, it is not possible adequately address each issue within the 25-page limit set by this Court. Specifically, the showing required under *Perry v. New Hampshire*, 565 U.S. 228 (2012) to establish a due process violation requires a litigant to thoroughly analyze whether law enforcement engaged in unnecessary and unduly suggestive procedures for obtaining an eyewitness identification, and then analyze whether the identifications are nonetheless reliable taking into consideration a five-factor test. In this case, there are two different eyewitness identifications at issue. Different procedures were used as to each eyewitness identification, and the reliability of the witness's identification must be addressed individually. Accordingly, there is good cause for extending the

page limit with respect to this Motion,

    Based on the foregoing, counsel for Mr. Davis respectfully seeks leave of this Court to file his Motion to Suppress Out-of-Court and In-Court Eyewitness Identifications in excess of the 25 page limit.

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS  
                                    Federal Defender

Date: May 16, 2022                    */s/ Jaya Gupta*  
                                    JAYA C. GUPTA  
                                    Assistant Federal Defender  
                                    Attorney for Defendant  
                                    MARC DAVIS

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant Marc Davis is granted leave of court to file his Motion to Suppress Out-of-Court and In-Court Eyewitness Identifications in excess of this Court's 25-page limit.

IT IS SO ORDERED.

Dated:   **May 17, 2022**

_____
UNITED STATES DISTRICT JUDGE