1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                     IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA | No. 1:21-cr-00206-DAD-BAM |

                Plaintiff,        **STIPULATION TO CONTINUE BRIEFING**
12                                **SCHEDULE AND HEARING DATE; AND**
                                  **ORDER**
13      v.

   MARC DAVIS,                    Date: June 10, 2022
14              Defendants.       Time: 1:00 p.m.
                                  Court: Hon. Barbara A. McAuliffe
15

16

17

18        IT IS HEREBY STIPULATED, by and between the parties through their respective counsel,

19 Assistant Federal Defender, Jaya C. Gupta, counsel for defendant Marc Davis, and Assistant United

20 States Attorney Kimberly A. Sanchez, counsel for the government, that the briefing schedule set in this

21 case be continued as set forth below.

22        The government has asked to continue the briefing schedule for pretrial motions, and upon the

23 parties' last stipulation, the Court set the following briefing schedule (ECF No. 37):

24     •  Defense motions due on or before May 16, 2022;

25     •  Government opposition due on or before June 13, 2022;

26     •  Any defense reply due on or before June 27, 2022;

27     •  Hearing on any motions July 11, 2022 at 10:00 a.m. before the Honorable Dale A. Drozd,

28        U.S. District Court Judge

   STIPULATION REGARDING EXCLUDABLE TIME          1
   PERIODS UNDER SPEEDY TRIAL ACT

1  Defense counsel filed a Motion to Suppress and Motion to Dismiss on May 16, 2022.  The government

2  needs additional time to file a response. This is the first continuance the government requests.  To afford

3  time to complete the opposition, the parties ask that the current dates be re-set as follows below:

4  • Government opposition to be filed on or before July 8, 2022;

5  • Any defense reply to be filed on or before July 22, 2022;

6  • Motion hearing to be set on August 1, 2022, at 1:00 p.m. before the Honorable Dale A.

7  Drozd, United States District Judge

8  Time was previously excluded until the hearing on the motions on July 11, 2022. ECF No. 37.

9  The parties agree that the time period until disposition of the motions, shall be excluded under 18 U.S.C.

10  § 3161(h)(1)(D) because the delay results from the filing of pretrial motions, through the conclusion of

11  any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

12

13  Dated: June 10, 2022                    PHILLIP A. TALBERT

14                                          United States Attorney

15                                          */s/ Kimberly A. Sanchez*
                                            KIMBERLY A. SANCHEZ

16                                          Assistant United States Attorney

17  Dated:  June 10, 2022                   HEATHER E. WILLIAMS

18                                          Federal Defender

19                                          */s/ Jaya C. Gupta*
                                            JAYA C. GUPTA

20                                          Attorneys for Defendant
                                            MARC DAVIS

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME    2
PERIODS UNDER SPEEDY TRIAL ACT

### ORDER

**IT IS ORDERED THAT** the briefing schedule on the defense motions is hereby re-set in accordance with the above. The government oppositions are to be filed on or before July 8, 2022. Any defense replies are to be filed on or before July 22, 2022. Hearing on the motions is hereby set for **August 1, 2022, at 10:00 a.m. before the Honorable Dale A. Drozd**, United States District Judge.

Time shall be excluded until the hearing on the motions, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of pretrial motions.

IT IS SO ORDERED.

Dated:   **June 13, 2022**                       /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3