PHILLIP A. TALBERT
United States Attorney
KIMBERLY SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARC DAVIS,<br><br>Defendants. | No. 1:21-cr-00206-DAD-BAM<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE; ORDER**<br><br>Date: August 1, 2022<br>Time: 10:00 a.m.<br>Court: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant Federal Defender, Jaya C. Gupta, counsel for defendant Marc Davis, and Assistant United States Attorney Kimberly A. Sanchez, counsel for the government, that the briefing schedule set in this case be continued as set forth below.

The government has asked to continue the briefing schedule for pretrial motions due to an illness of one of the witnesses with whom the government needs to consult, and upon the parties' last stipulation, the Court set the following briefing schedule:

- Government opposition due on or before July 8, 2022;
- Any defense reply due on or before July 22, 2022;
- Hearing on any motions August 1, 2022 at 10:00 a.m. before the Honorable Dale A. Drozd, U.S. District Court Judge

1

Defense counsel filed a Motion to Suppress and Motion to Dismiss on May 16, 2022. The government needs additional time to file a response. This is the first continuance the government requests. To afford time to complete the opposition, the parties ask that the current dates be re-set as follows below:

- Government opposition to be filed on or before July 15, 2022;
- Any defense reply to be filed on or before August 1, 2022;
- Motion hearing to be set on August 15, 2022, at 10:00 a.m. before the Honorable Dale A. Drozd, United States District Judge

Time was previously excluded until the hearing on the motions. The parties agree that the time period until disposition of the motions, shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of pretrial motions, through the conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

Dated: July 8, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated:  July 8, 2022

HEATHER E. WILLIAMS
Federal Defender

*/s/ Jaya C. Gupta*
JAYA C. GUPTA
Attorneys for Defendant
MARC DAVIS

**ORDER**

**IT IS ORDERED THAT** the briefing schedule on the defense motions is hereby re-set in accordance with the above. The government oppositions are to be filed on or before July 15, 2022. Any defense replies are to be filed on or before July 29, 2022.  A hearing on the motions is hereby set for August 15, 2022, at 10:00 a.m. before the assigned district judge.

Time shall be excluded until the hearing on the motions, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of pretrial motions.

IT IS SO ORDERED.

Dated:   **July 11, 2022**              _____
                                        UNITED STATES DISTRICT JUDGE