HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561

Attorneys for Defendant
MARC DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00206 DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE REMAINING BRIEFING SCHEDULE AND HEARING DATE; ORDER |
| v. | |
| MARC DAVIS, | Date:   September 6, 2022<br>Time:   10:00 a.m.<br>Court:  Hon. Dale A. Drozd |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant Federal Defender, Jaya C. Gupta, counsel for defendant Marc Davis, and Assistant United States Attorney Kimberly A. Sanchez, counsel for the government, that the remainder of the briefing schedule set in this case be continued as set forth below.

As background, the government had asked to continue the briefing schedule for pretrial motions due to an illness of one of the witnesses with whom the government needs to consult, and upon the parties' last stipulation, the Court set the following briefing schedule:

- Government opposition to be filed on or before July 15, 2022;
- Any defense reply to be filed on or before August 1, 2022;
- Motion hearing to be set on August 15, 2022, at 10:00 a.m. before the Honorable Dale A. Drozd, United States District Judge

The government filed its oppositions to the defense's Motions on July 15, 2022. Defense

counsel, however, needs additional time to reply to the government's oppositions because she has been out of the office dealing with other matters for the last two weeks. Accordingly, the parties stipulate to the following deadlines:

- Any defense reply to be filed on or before August 15, 2022;
- Motion hearing to be set on September 6, 2022, at 10:00 a.m. before the Honorable Dale A. Drozd, United States District Judge

Time was previously excluded until the hearing on the motions. The parties agree that the time period until disposition of the motions, shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of pretrial motions, through the conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

Dated:  August 1, 2022

HEATHER E. WILLIAMS
Federal Defender

*/s/ Jaya C. Gupta*
JAYA C. GUPTA
Attorneys for Defendant
MARC DAVIS

Dated: August 1, 2022

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney

**ORDER**

**IT IS ORDERED THAT** the remainder of the briefing schedule on the defense motions is hereby re-set as follows:

- Any defense reply to be filed on or before August 15, 2022;
- Motion hearing to be set on September 6, 2022, at 10:00 a.m. before the then-assigned United States District Judge.

Time shall be excluded until September 6, 2022, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion.

IT IS SO ORDERED.

Dated:   **August 1, 2022**                           _Dale A. Drozd_
                                                      UNITED STATES DISTRICT JUDGE