HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
MARC DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARC DAVIS, <br><br> Defendants. | No. 1:21-cr-00206-DAD-BAM <br><br> **STIPULATION TO CONTINUE EVIDENTIARY HEARING DATE; ORDER** <br><br> Date: October 4, 2022 <br> Time: 8:30 a.m. <br> Court: Hon. Ana de Alba |

     IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record that the evidentiary hearing originally scheduled in this case for October 4, 2022 be continued to November 3, 2022 at 8:30 a.m.

     Defense counsel was in a month-long evidentiary hearing before the Honorable William B. Shubb and did not have sufficient time to confer with her client or witnesses ahead of the originally scheduled evidentiary hearing date. Accordingly, defense counsel requested to continue the evidentiary hearing to a later date and the government did not oppose. The parties have determined that November 3, 2022 at 8:30 a.m. works for both parties.

     Time was previously excluded until September 6, 2022, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of pretrial motions. The parties agree that time until

disposition of the motions shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

Dated:  October 17, 2022      HEATHER E. WILLIAMS
                              Federal Defender

                              */s/ Jaya C. Gupta*
                              JAYA C. GUPTA
                              Attorneys for Defendant
                              MARC DAVIS

Dated: October 17, 2022       PHILLIP A. TALBERT
                              United States Attorney

                              */s/ Kimberly A. Sanchez*
                              KIMBERLY A. SANCHEZ
                              Assistant United States Attorney

**ORDER**

**IT IS HEREBY ORDERED THAT** the evidentiary hearing on the defense motions to suppress and to dismiss before the Honorable Ana de Alba is hereby re-set from October 4, 2022 to November 3, 2022 at 8:30 a.m.

Time is excluded until disposition of the defense motions pursuant to 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion.

IT IS SO ORDERED.

Dated: October 17, 2022

_____
UNITED STATES DISTRICT JUDGE