HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
MARC DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARC DAVIS, <br><br> Defendants. | No. 1:21-cr-00206-ADA-BAM <br><br> **STIPULATION TO CONTINUE EVIDENTIARY HEARING; [PROPOSED] ORDER** <br><br> Date: November 3, 2022 <br> Time: 8:30 a.m. <br> Court: Hon. Ana de Alba |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record that the evidentiary hearing scheduled in this case for November 3, 2022, at 8:30 a.m. be continued to December 1, 2022 at 8:30 a.m.

The parties are discussing a possible resolution of the case, and seek to continue the evidentiary hearing on that basis as it would conserve judicial resources if a resolution is reached in the absence of a hearing. In the event that a resolution is not reached, the parties have determined that December 1, 2022, at 8:30 a.m. works for both sides.

Time was previously excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of pretrial motions. The parties agree that time until disposition of the motions shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a

pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

Dated:  October 27, 2022             HEATHER E. WILLIAMS
                                     Federal Defender

                                     */s/ Jaya C. Gupta*
                                     JAYA C. GUPTA
                                     Attorneys for Defendant
                                     MARC DAVIS

Dated: October 27, 2022              PHILLIP A. TALBERT
                                     United States Attorney

                                     */s/ Kimberly A. Sanchez*
                                     KIMBERLY A. SANCHEZ
                                     Assistant United States Attorney

**ORDER**

**IT IS HEREBY ORDERED THAT** the evidentiary hearing on the defense motions to suppress and to dismiss before the Honorable Ana de Alba is hereby continued from November 3, 2022, to December 1, 2022, at 8:30 a.m.

Time is excluded until disposition of the defense motions pursuant to 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion.

IT IS SO ORDERED.

Dated:   October 28, 2022                                    _____
                                                              UNITED STATES DISTRICT JUDGE