HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
MARC DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARC DAVIS, <br><br> Defendants. | No. 1:21-cr-00206-DAD-BAM <br><br> **STIPULATION TO VACATE EVIDENTIARY HEARING; DEFENDANT'S MOTION TO WITHDRAW MOTIONS TO SUPPRESS AND TO DISMISS INDICTMENT; ORDER** <br><br> Date: December 1, 2022 <br> Time: 8:30 a.m. <br> Court: Hon. Ana de Alba |

**BACKGROUND**

This case is set for an evidentiary hearing on December 1, 2022 at 8:30 a.m. on Mr. Davis's Motion to Suppress Out-of-Court and In-Court Identifications (ECF No. 39) and his Motion to Dismiss the Indictment (ECF No. 41). For the reasons provided herein, the parties stipulate to vacating the evidentiary hearing, and Mr. Davis moves to withdraw both Motions.

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, as follows:

1. By previous order, this case was set for an evidentiary hearing on December 1, 2022 at 8:30 a.m. on Mr. Davis's Motion to Suppress Out-of-Court and In-Court

1  Identifications (ECF No. 39) and Motion to Dismiss the Indictment (ECF No. 41).

2  2. As to Mr. Davis's Motion to Suppress Out-of-Court and In-Court Identifications (ECF No. 39), the government agrees that if this case proceeds to trial, it will not seek to use any eyewitness identifications made by A.G. or R.M. in its case in chief. In light of this agreement, this Motion is moot.

3. As to Mr. Davis's Motion to Dismiss the Indictment (ECF No. 41), following the filing of that Motion, the government provided additional discovery prompting Mr. Davis to withdraw that Motion.

In light of the foregoing, the parties stipulate that the evidentiary hearing on both Motions set for December 1, 2022 at 8:30 a.m. be vacated.

The parties further stipulate to setting this case for a status conference before the Honorable Barbara A. McAuliffe on December 14, 2022 and excluding time to and including that date pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.


Dated:  November 16, 2022                HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ Jaya C. Gupta*
                                         JAYA C. GUPTA
                                         Attorneys for Defendant
                                         MARC DAVIS


Dated: November 16, 2022                 PHILLIP A. TALBERT
                                         United States Attorney

                                         */s/ Kimberly A. Sanchez*
                                         KIMBERLY A. SANCHEZ
                                         Assistant United States Attorney

## **MOTION TO WITHDRAW**

Given the foregoing stipulation, Marc Davis, by and through his counsel of record, hereby moves to withdraw his Motion to Suppress Out-of-Court and In-Court Identifications (ECF No. 39) and Motion to Dismiss the Indictment (ECF No. 41) on the grounds stated herein.

Dated:  November 16, 2022         HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Jaya C. Gupta*
                                  JAYA C. GUPTA
                                  Attorneys for Defendant
                                  MARC DAVIS

# ORDER

**IT IS HEREBY ORDERED THAT** the evidentiary hearing on Mr. Davis's Motion to Suppress Out-of-Court and In-Court Identifications (ECF No. 39) and Motion to Dismiss the Indictment (ECF No. 41) set for December 1, 2022 at 8:30 a.m. before the Honorable Ana de Alba is vacated. A status conference before the Honorable Barbara A. McAuliffe is set for December 14, 2022. Time to and including December 14, 2022 is hereby excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS FURTHER ORDERED THAT** Mr. Davis's Motion to Withdraw his Motion to Suppress (ECF No. 39) and Motion to Dismiss the Indictment (ECF No. 41) is granted and both Motions are so withdrawn.

IT IS SO ORDERED.

Dated:   November 18, 2022

UNITED STATES DISTRICT JUDGE