HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARC DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARC DAVIS,<br><br>Defendant. | Case No. 1:21-cr-00206-ADA-BAM<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET MOTION BRIEFING SCHEDULE; ORDER**<br><br>Date:   March 6, 2023<br>Time:  10:00 a.m.<br>Judge: Hon. Ana de Alba |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant

Federal Defender Erin Snider, counsel for Marc Davis, that the Court may vacate the status

conference currently scheduled for December 14, 2022, at 1:00 p.m. and set the following

motion briefing schedule: motions due January 9, 2023; opposition due February 6, 2023; reply

due February 20, 2023; motion hearing on March 6, 2023, at 10:00 a.m.

The parties agree and request that the Court make the following findings:

1.      By previous order, this matter was set for a status conference on December 14,

2022, at 1:00 p.m.

2.      Undersigned defense counsel entered a notice of appearance on November 21,

2022, following prior defense counsel's departure from the Office of the Federal Defender.

3.      Defense counsel intends to file a motion to dismiss and requires time to research

1    and draft the motion.

2           4.    Defense counsel believes that failure to grant the above-requested continuance

3    would deny her the reasonable time necessary for effective preparation, taking into account the

4    exercise of due diligence.

5           5.    The government does not object to the continuance and motion briefing schedule.

6           6.    Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9           7.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10   *et seq.*, within which trial must commence, the time period of December 14, 2022, to March 6,

11   2023, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and 3161(h)(7)(A) and

12   (B)(iv).

13          **IT IS SO STIPULATED.**

14                                        Respectfully submitted,

15                                        PHILLIP A. TALBERT
16                                        United States Attorney

17   Date: December 7, 2022              */s/ Kimberly Sanchez*
                                          KIMBERLY SANCHEZ
18                                        Assistant United States Attorney
                                          Attorney for Plaintiff
19

20                                        HEATHER E. WILLIAMS
                                          Federal Defender
21

22   Date: December 7, 2022              */s/ Erin Snider*
                                          ERIN SNIDER
23                                        Assistant Federal Defender
                                          Attorney for Defendant
24                                        MARC DAVIS

25

26

27

28

1

**O R D E R**

2           IT IS SO ORDERED. The status conference currently scheduled for December 14, 2022,

3 at 1:00 p.m. is hereby vacated. The defense shall file any motions by January 9, 2023; the

4 government shall file its opposition by February 6, 2023; and the defense may file a reply by

5 February 20, 2023. **A motion hearing is set for March 6, 2023, at 10:00 a.m. before District**

6 **Judge Ana de Alba.** The time period of December 14, 2022, to March 6, 2023, inclusive, is

7 excludable pursuant to 18 U.S.C § 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

8

9 IT IS SO ORDERED.

10

    Dated:   **December 7, 2022**           /s/ *Barbara A. McAuliffe*

11                                      UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28