PHILLIP A. TALBERT
United States Attorney
KIMBERLY SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARC DAVIS,<br>　　　　Defendants. | No. 1:21-cr-00206-ADA-BAM<br><br>**STIPULATION TO EXTEND GOVERNMENT'S DUE DATE FOR A RESPONSE TO DEFENDANT'S MOTION TO DISMISS; ORDER**<br><br>Date: March 6, 2023<br>Time: 10:00 a.m.<br>Court: Hon. Ana de Alba |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant Federal Defender, Erin Snider, counsel for defendant Marc Davis, and Assistant United States Attorney Kimberly A. Sanchez, counsel for the government, that the due date for the government's response to defendant's Motion to Dismiss is extended from February 6, 2023 to Friday, February 10, 2023.

　　　The government needs additional time to finalize its opposition due to a number of unexpected events that arose recently, and defense counsel does not oppose the extension. The parties are not asking for the hearing, set for March 6, 2023 at 10:00 a.m.

1

Time was previously excluded until March 6, 2023, the date of the hearing on the motions.

Dated: February 7, 2023         PHILLIP A. TALBERT
                                United States Attorney

                                */s/ Kimberly A. Sanchez*
                                KIMBERLY A. SANCHEZ
                                Assistant United States Attorney

Dated:  February 7, 2023        HEATHER E. WILLIAMS
                                Federal Defender

                                */s/ Erin Snider*
                                ERIN SNIDER
                                Attorney for Defendant
                                MARC DAVIS

## **ORDER**

**IT IS ORDERED THAT** the government opposition is due on February 10, 2023.

IT IS SO ORDERED.

   Dated:    February 9, 2023          _____
                                       UNITED STATES DISTRICT JUDGE