HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARC DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00206-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR FILING REPLY BRIEF AND TO CONTINUE MOTION HEARING; ORDER** |
| vs. | |
| MARC DAVIS, | Date:  March 13, 2023<br>Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Ana de Alba |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Marc Davis, that the Court may extend the deadline for filing a reply brief from February 20, 2023, to February 23, 2023, and continue the motion hearing from March 6, 2023, to March 13, 2023, at 10:00 a.m.

Pursuant to the previously established briefing schedule, the defense's reply brief is due February 20, 2023. Defense counsel requires additional time to conduct research and draft her brief. Counsel for the government has no objection to a two-day extension of the deadline to February 22, 2023. To allow the Court sufficient time to review the briefing, the parties also request that the Court continue the motion hearing to March 13, 2023, at 10:00 a.m. The parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act,

18 U.S.C. § 3161, et seq. The parties further agree that, for the purpose of computing time under the Speedy Trial Act within which trial must commence, the time period of March 6, 2023, to March 13, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 17, 2023        */s/ Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 17, 2023        */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MARC DAVIS

**O R D E R**

IT IS SO ORDERED. The defense's reply brief shall be filed on or before February 22, 2023. The motion hearing currently scheduled for March 6, 2023, is hereby continued to March 13, 2023, at 10:00 a.m. For the reasons set forth in the stipulation, the time period of March 6, 2023, to March 13, 2023, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   February 22, 2023

UNITED STATES DISTRICT JUDGE

2