1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MARC DAVIS

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:21-cr-00206-ADA-BAM

12          Plaintiff,                 **STIPULATION TO SET STATUS
                                        CONFERENCE; ORDER**
13  vs.
                                       Date:  April 26, 2023
14  MARC DAVIS,                        Time:  1:00 p.m.
                                       Judge: Hon. Barbara A. McAuliffe
15          Defendant.

16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Kimberly A. Sanchez, counsel for plaintiff, and

19  Assistant Federal Defender Erin Snider, counsel for Marc Davis, that the Court may set this

20  matter for a status conference on April 26, 2023, at 1:00 p.m. before the Honorable Barbara A.

21  McAuliffe.

22         The parties agree and request that the Court make the following findings:

23         1.      On March 14, 2023, the Honorable Ana de Alba denied Mr. Davis's motion to

24  dismiss .

25         2.      In light of Judge de Alba's order, counsel for Mr. Davis requires additional time

26  to consult with her client regarding his options and engage in potential plea negotiations.

27         3.      Counsel for Mr. Davis believes that failure to grant the above-requested

28  continuance would deny her the reasonable time necessary for effective preparation, taking into

1  account the exercise of due diligence.

2       4.       The government does not object to the continuance.

3       5.       Based on the above-stated findings, the ends of justice served by continuing the

4  case as requested outweigh the interest of the public and the defendant in a trial within the

5  original date prescribed by the Speedy Trial Act.

6       6.       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

7  *et seq.*, within which trial must commence, the time period of March 15, 2023, to April 26, 2023,

8  inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

9       **IT IS SO STIPULATED.**

10                                        Respectfully submitted,

11
                                          PHILLIP A. TALBERT
12                                        United States Attorney

13

14  Date: March 14, 2023              */s/ Kimberly A. Sanchez*
                                          KIMBERLY A. SANCHEZ
15                                        Assistant United States Attorney
                                          Attorney for Plaintiff
16

17                                        HEATHER E. WILLIAMS
                                          Federal Defender
18

19  Date: March 14, 2023              */s/ Erin Snider*
                                          ERIN SNIDER
20                                        Assistant Federal Defender
                                          Attorney for Defendant
21                                        MARC DAVIS

22

23

24

25

26

27

28

1

**O R D E R**

2      **IT IS SO ORDERED.** A status conference is scheduled for **April 26, 2023, at 1:00 p.m.**

3   **before the Honorable Barbara A. McAuliffe**. The time period of March 15, 2023, to April 26,

4   2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).  However, the

5   parties shall explain when they will be ready to set a trial date.

6

7   IT IS SO ORDERED.

8      Dated:   __**March 16, 2023**__                    ___/s/ *Barbara A. McAuliffe*___

9                                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Davis – Stipulation to Continue Status Conference            3