HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARC DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARC DAVIS,<br><br>Defendant. | Case No. 1:21-cr-00206-ADA-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date: June 14, 2023<br>Time: 1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Kimberly A. Sanchez, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Marc Davis, that the Court may set this matter for a status conference on June 14, 2023, at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

The parties agree and request that the Court make the following findings:

1. On March 14, 2023, the Honorable Ana de Alba denied Mr. Davis's motion to dismiss.

2. In light of Judge de Alba's order, counsel for Mr. Davis requires additional time to consult with her client regarding his options.

3. Counsel for Mr. Davis believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into

1  account the exercise of due diligence.

2      4.    The government does not object to the continuance.

3      5.    The parties anticipate that they will be ready to set the matter for either a change-of-plea hearing or trial at or before the next status conference.

5      6.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

8      7.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 26, 2023, to June 14, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: April 19, 2023    */s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 19, 2023    */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MARC DAVIS

**ORDER**

IT IS SO ORDERED that the status conference is continued from April 26, 2023, to **June 14, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period of April 26, 2023, to June 14, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv). The parties state that they will be ready to set a trial date or a change of plea at the next status conference. Therefore, <u>the Court intends to set a trial date at the next status conference. If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing</u>.

IT IS SO ORDERED.

Dated: __April 19, 2023__        /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE