1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MARC DAVIS
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:21-cr-00206-ADA-BAM

12              Plaintiff,             **STIPULATION TO VACATE STATUS
                                       CONFERENCE AND SET FOR TRIAL;**
13  vs.                                **ORDER**

14  MARC DAVIS,                        Date:   March 19, 2024
                                       Time:  8:30 a.m.
15              Defendant.             Judge: Hon. Ana de Alba

16

17       IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorneys Kimberly Sanchez and Antonio Pataca, counsel for

19  plaintiff, and Assistant Federal Defender Erin Snider, counsel for Marc Davis, that the Court

20  may vacate the status conference currently scheduled for September 13, 2023, at 1:00 p.m. and

21  set this matter for a jury trial on March 19, 2024, at 8:30 a.m.

22       On August 28, 2023, the Court directed the parties to meet and confer and select a

23  mutually convenient trial date. The parties have selected Tuesday, March 19, 2024, at 8:30 a.m.

24  The parties agree and request that the Court make the following findings:

25       1.    The government has produced 87 bates-marked items in this matter.

26       2.    Counsel for Mr. Davis entered her notice of appearance on September 28, 2022,

27  after prior counsel left the Office of the Federal Defender.

28       3.    Counsel for Mr. Davis requires additional time to review discovery, consult with

1    her client regarding the case, conduct necessary investigation, and prepare for trial.

2           4.      Counsel for Mr. Davis believes that failure to grant the above-requested

3    continuance would deny her the reasonable time necessary for effective preparation, taking into

4    account the exercise of due diligence.

5           5.      The government does not object to the continuance.

6           6.      Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9           7.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10   *et seq.*, within which trial must commence, the time period of September 13, 2023, to March 19,

11   2024, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

12          **IT IS SO STIPULATED.**

13                                              Respectfully submitted,

14
                                                PHILLIP A. TALBERT
15                                              United States Attorney

16   Date: September 6, 2023                    */s/ Kimberly Sanchez*
                                                KIMBERLY SANCHEZ
17                                              Assistant United States Attorney
                                                Attorney for Plaintiff
18

19                                              HEATHER E. WILLIAMS
                                                Federal Defender
20

21   Date: September 6, 2023                    */s/ Erin Snider*
                                                ERIN SNIDER
22                                              Assistant Federal Defender
                                                Attorney for Defendant
23                                              MARC DAVIS

24

25

26

27

28

Davis – Stipulation to Vacate Status Conference          2
and Set for Trial

1

**ORDER**

2        IT IS SO ORDERED that the status conference set for September 13, 2023, is vacated. A

3    jury trial is set for **March 19, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Estimate

4    time of trial is **3 days**. A trial confirmation is set for **March 4, 2024, at 8:30 a.m. before**

5    **District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C. §

6    3161(h)(7)(A) and (B)(iv).

7

8    IT IS SO ORDERED.

9        Dated:    **September 6, 2023**           /s/ *Barbara A. McAuliffe*

10                            UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28