HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARC DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARC DAVIS,<br><br>Defendant. | Case No. 1:21-cr-00206-NODJ-BAM<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; ORDER**<br><br>Date:   February 12, 2024<br>Time:  8:30 a.m.<br>Judge: TBD |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Marc Davis, that the Court may vacate the status conference currently scheduled for January 30, 2024, at 1:00 p.m. and set this matter for a change-of-plea hearing on February 12, 2024, at 8:30 a.m.

By prior order, this matter was set for a jury trial on March 19, 2024. On January 19, 2024, the Court set a status conference for January 30, 2024, at 1:00 p.m. to discuss, among other matters, whether the parties anticipate they will proceed to trial on March 19, 2024, and what motions the parties anticipate filing in advance of trial. The Court directed the parties to file a status report by January 29, 2024, addressing these issues as well.

The parties now request that the Court vacate the status conference and set this matter for a change-of-plea hearing on February 12, 2024, at 8:30 a.m. before the District Judge. Mr. Davis

intends to enter a plea of guilty to the sole count in the Indictment. There is no plea agreement. Time has previously been excluded through the date of the trial.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 24, 2024                 */s/ Antonio Pataca*
ANTONIO PATACA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 24, 2024                 */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MARC DAVIS

## O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for January 30, 2024, is hereby vacated. This matter is scheduled for a change-of-plea hearing on **February 12, 2024, at 8:30 a.m. before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **January 24, 2024**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

Davis – Stipulation to Vacate Status Conference and Set for Change-of-Plea Hearing      2