HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN M. SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARC DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00206-NODJ-BAM |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING** |
| vs. | |
| MARC DAVIS, | Date:   June 5, 2024 |
| Defendant. | Time:   8:30 a.m. |

For the reasons set forth in Defendant Marc Davis's unopposed motion to continue sentencing hearing, the sentencing hearing currently scheduled for May 15, 2024, at 8:30 a.m. is hereby continued to **June 5, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge.**

IT IS SO ORDERED.

Dated:   **May 6, 2024**                                    /s/ Barbara A. McAuliffe
                                                            UNITED STATES MAGISTRATE JUDGE